IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

OSCAR CRUZ-BALDO

_____/

INDICTMENT

1:25CR6 AW/MAL

THE GRAND JURY CHARGES:

COUNT ONE

On or about February 12, 2025, in the Northern District of Florida, the defendant,

**OSCAR CRUZ-BALDO,**

knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, that is, a Stevens 12-gauge shotgun, and Fetter and RIO 12-gauge ammunition.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).




## FIREARM FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**OSCAR CRUZ-BALDO,**

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

*Redacted*

_____3/25/2025_____
DATE

_____
MICHELLE SPAVEN
Acting United States Attorney

_____
ADAM HAPNER
Assistant United States Attorney